AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 13, 2026*

Nathan Ochsner, Clerk of Court

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Jesus Hilario Carpio, A.K.A Jesus Carpio, A.K.A Jesus H Carpio, A.K.A Jesus Hilario Carpio-Nieto, A.K.A Jesus Hilario-Carpio, A.K.A Juan Robledo | ) ) ) | 4:26-mj-386 |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 15, 2023___ in the county of ___Harris___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. s. 1326(a) and (b) | a native and citizen of Mexico and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained consent before March 2003 from the Attorney General of the United States to reapply for admission to the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. s. 202(3) and (4) and 6 U.S.C. s. 557 |

This criminal complaint is based on these facts:

See attached Affidavit in support of this Criminal Complaint

☑ Continued on the attached sheet.

*Antonio Arce-Barrera*
*Complainant's signature*

ICE Deportation Officer Antonio Arce-Barerra
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___06/13/2026___

*Peter Bray*
*Judge's signature*

City and state: ___Houston, Texas___

The Honorable Peter Bray, U.S. Magistrate Judge
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|

**4:26-mj-386**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Antonio Arce-Barrera, being duly sworn telephonically, hereby depose and say:

(1)    I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") and have served in that capacity since October 19, 2025. My law enforcement career began October 19, 2025, as an Immigration Enforcement Officer. I currently have less than one year of immigration law enforcement experience.

(2)    According to a Judgment and Conviction record in the 263rd district court, on October 14, 2023, Jesus Hilario Carpio pled guilty to Driving While Intoxicated and was sentenced to 4 years of confinement in the Texas Department of Criminal Justice (TDC). On October 15, 2023, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) was made aware of the unlawful presence of the defendant. While incarcerated at TDC, the subject was screened to the Institutional Removal Program (IRP) in Huntsville on May 20, 2026. On June 5, 2026, Jesus Carpio was transferred from Texas Department of Criminal Justice to Montgomery Processing Center (MPC), currently in ICE custody. The defendant is also known as or has used the aliases Jesus Carpio, Jesus H Carpio, Jesus Hilario Carpio-Nieto, Jesus Hilario-Carpio, Juan Robledo.

(3)    On June 12, 2026, ICE determined that Jesus Hilario Carpio was amenable for prosecution under 8 U.S.C. s. 1326(a) and (b).

(4)    The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(5)    Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and 1326(b).

(6)    <u>Element One</u>: The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(7)    <u>Element Two</u>: The Defendant has previously been deported or removed from the United States on the following occasions:

1.  05/04/1999 – Removal to Country of Birth.
2.  04/05/2002 – Removal to Country of Birth.
3.  11/06/2015 - Removal to Country of Birth.

(7)    Element Three: After deportation, the Defendant was subsequently found in the United States on October 15, 2023, at Harris County, which is within the Houston Division of the Southern District of Texas. Additionally, I conducted a system query in the Alien Criminal Response Information Management System (ACRlMe), to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On June 12, 2026, ACRIMe returned negative results.

(8)    Element Four: The Defendant did not have permission to reenter the United States. On June 12, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(9)    Prior Criminal History: The Defendant has the following prior criminal history:

On 04/01/1996, the Subject was convicted in the County Criminal Court at Law #15 in Houston, Texas for the offense of DWI, and was sentenced to 10 days confinement. CAUSE# 961419001010.

On 10/14/1996, the Subject was convicted in the County Criminal Court at Law #3 in Houston, Texas for the offense of DWI, and was sentenced to 30 days confinement. CAUSE# 964435601010.

On 10/14/1996, the Subject was convicted in the County Criminal Court at Law #3 in Houston, Texas for the offense of FAILURE TO STOP AND GIVE INFORMATION and was sentenced to 30 days confinement. CAUSE# 964435701010.

On 10/14/1996, the Subject was convicted in the County Criminal Court at Law #3 in Houston, Texas for the offense of DWLS, and was sentenced to 30 days confinement. CAUSE# 964435801010.

On 04/08/1999, the Subject was convicted in the 178TH District Court in Houston, Texas for the offense of UNLAWFULLY, WHILE INTOXICATED, DRIVE AND OPERATE A MOTOR VEHICLE IN A PUBLIC PLACE, THIRD OFFENSE. For this offense, a felony, defendant, was sentenced to 5-year confinement. CAUSE#80710801010.

On 08/2/2013, the Subject was convicted of the offense of DWI 3RD 180th District Court, in Harris County, Texas.

On 05/24/2024, the subject was convicted in the 263RD District Court in Harris County, Texas for DWI 3RD and was sentenced to FOUR (4) years confinement.

10) On June 12, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, Assistant U.S. Jennifer Teper (713) 567-9309 accepted this case for prosecution for violation of 8 U.S.C. § 1326(a) and 1326(b).

*Antonio Arce-Barrera*

Antonio Arce-Barrera, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn to me telephonically before me on the 13th day of June 2026, and I find probable cause.

Hon. Judge Bray
United States Magistrate Judge
Southern District Texas

Page **4** of **4**